# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| MLSUSA Corp. | ) ASBCA No. 64475 |
| | ) |
| Under Contract No. N00023-25-D-0058 | ) |
| T.O. N40339-25-F-H520 | ) |

APPEARANCE FOR THE APPELLANT:     Edward J. Kinberg, Esq.
                                   Sua Sponte Law, PLLC
                                   Melbourne, FL

APPEARANCES FOR THE GOVERNMENT:   Allison M. McDade, Esq.
                                   Navy Chief Trial Attorney
                                   Lori K. Stibb, Esq.
                                   Trial Attorney

## ORDER OF DISMISSAL

By letter dated March 23, 2026, the parties notified the Board that they have jointly agreed to the dismissal of this appeal without prejudice. Accordingly, the appeal is dismissed from the Board's docket without prejudice.

Dated: March 27, 2026

J. REID PROUTY
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64475, Appeal of MLSUSA Corp., rendered in conformance with the Board's Charter.

Dated: March 27, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals